**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANGELO LENELL DAVIS, | ) | |
| | ) | Civil Action No. 11 –1506 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lenihan |
| | ) | |
| MICHAEL HARLOW, *et al.*, | ) | |
| | ) | ECF No. 97 |
| Defendants. | ) | |

## <u>ORDER</u>

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 97) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **CLOSE** this case.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

Dated:  August 26, 2014.


<u>/s/ Lisa Pupo Lenihan</u>
Lisa Pupo Lenihan
Chief United States Magistrate Judge

Cc:    Angelo Lenell Davis
       GY-7304
       S.C.I. Camp Hill
       P.O. Box 200
       Camp Hill, PA 17001-0200

*Via First Class Mail*

Counsel of Record
*Via CM/ECF Electronic Mail*